DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**A.M.,** the Father,
Appellant,

v.

**NDAPEWA JOSAPHAT,** et al.,
Appellees.

No. 4D2025-0421

[March 26, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John J. Parnofiello, Judge; L.T. Case No. 502024CA008673.

A.M., the Father, Eatonville, pro se.

Scott A. Cole and Francesca M. Stein of Cole, Scott & Kissane, P.A., Miami, for appellee Adoption and Surrogacy; Charlotte H. CHD PA, P.A.

No appearance for appellee Ndapewa Josaphat.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHAW and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***